■ ZACARIAS PEREZ et al., Appellants, v CITY OF NEW YORK et al., Respondents. [979 NYS2d 520]—

The motion court providently exercised its discretion in dismissing the complaint on the grounds of laches (*see Garcia v City of New York*, 72 AD3d 505, 507 [1st Dept 2010], *appeal dismissed* 15 NY3d 918 [2010]; *Reynolds v Snow*, 10 AD2d 101, 111 [1st Dept 1960], *affd* 8 NY2d 899 [1960]). The record demonstrates that the inordinate delays in this case, arising from a 1984 motor vehicle accident and commenced 28 years ago, are attributable to plaintiffs and their counsel, and that due to the passage of time, defendants' ability to mount a defense has been significantly prejudiced (*see Saratoga County Chamber of Commerce v Pataki*, 100 NY2d 801, 816 [2003], *cert denied* 540 US 1017 [2003]; *Matter of Linker*, 23 AD3d 186, 189 [1st Dept 2005]). Concur—Gonzalez, P.J., Friedman, Renwick, Freedman and Richter, JJ.